■

In the Matter of BENJAMIN TATTNALL, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Callahan, Breitel, Botein and Rabin, JJ.

■

In the Matter of HERMAN BERG, Respondent, against WILBERG JEWELRY CORPORATION et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to petitioner-respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Botein and Rabin, JJ.

■

HANOVER BANK, Respondent, v. NICHOLAS DE KOENIGSBERG, Appellant.— Determination unanimously affirmed, with $20 costs and disbursements to landlord-respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Botein and Rabin, JJ. [207 Misc. 1088.]

■

ALEX GUTCHEN et al., Appellants, v. LOUIS DEMBITZER, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Botein and Rabin, JJ.

■

TRUEBNER VOELBEL Co., Respondent, v. A. MELIDES & FILS, Defendant. ISAAC ARDITI, Third-Party Claimant-Appellant.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Botein and Rabin, JJ. [See post, p. 1128.]

■

PATHE LABORATORIES, INC., Appellant-Respondent, v. JACK BRODER et al., Defendants, and JACK BRODER PRODUCTIONS, INC., et al., Respondents-Appellants. PATHE LABORATORIES, INC., Appellant-Respondent, v. JACK BRODER et al., Defendants, and JACK BRODER PRODUCTIONS, INC., et al., Respondents-Appellants.— On cross appeal of plaintiff and defendants' appeal, the order is unanimously reversed and the motion granted to the extent of directing a joint trial at Trial Term. In the circumstances here a joint trial is warranted. The Trial Term judge will decide the equity issues after determination of the law issues before the jury. Settle order. (Without costs.) Present — Peck, P. J., Callahan, Breitel, Botein and Rabin, JJ.

■

PATHE LABORATORIES, INC., Appellant-Respondent, v. JACK BRODER et al., Defendants, and JACK BRODER PRODUCTIONS, INC., et al., Respondents-Appellants. PATHE LABORATORIES, INC., Appellant-Respondent, v. JACK BRODER et al., Defendants, and JACK BRODER PRODUCTIONS, INC., et al., Respondents-Appellants. — Order unanimously affirmed. No opinion. Settle order. (Without costs.) Present — Peck, P. J., Callahan, Breitel, Botein and Rabin, JJ.

■

ERVEN LUCAS BOLS, INC., et al., Appellants, v. LEO VAN MUNCHING et al., Respondents.— Order unanimously modified so as to strike out items 1 and 7 and, as so modified, affirmed. Examination as to these items is not warranted. Settle order. Present — Peck, P. J., Callahan, Breitel, Botein and Rabin, JJ.